Commonwealth *v.* Dukeman, Appellant.

Argued December 14, 1971.

*David J. Picker,* with him *Walter T. ReDavid,* and *Re-David, Orlowsky, Natale & Anderman,* for appellant; *O. Warren Higgins,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.